COMMONWEALTH of Pennsylvania,
Petitioner

v.

Louis GARZONE, Respondent.

Supreme Court of Pennsylvania.

Oct. 14, 2010.

### ORDER

PER CURIAM.

AND NOW, this 14th day of October 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as phrased by Petitioner, is:

Did the Superior Court err in removing the cost of employing county detectives and assistant district attorneys from the trial court's discretion to impose prosecution expenses on a convicted offender?

This matter is to be consolidated with *Commonwealth v. Gerald Garzone,* —— Pa. ——, 6 A.3d 499 (2010).